**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-10674

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: May 17, 2010**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-11222-RJH |
| Richard Nelsen and Karyn Nelsen | Chapter 7 |
| Debtors. | ORDER |
| JPMorgan Chase Bank, N.A. C/O Chase Home Finance LLC as servicing agent. | (Related to Docket #6) |
| Movant, | |
| vs. | |
| Richard Nelsen and Karyn Nelsen, Debtors, Lothar Goernitz, Trustee. | |
| Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 19, 2006 and recorded in the office of the Gila County Recorder wherein JPMorgan Chase Bank, N.A.

C/O Chase Home Finance LLC as servicing agent. is the current beneficiary and Richard Nelsen and Karyn Nelsen have an interest in, further described as:

> Lot 89 and that part of Lot 88, PAYSON NORTH UNIT ONE, according to Map No. 373, records of Gila County Arizona described as follows:
>
> BEGINNING at point being a common front corner of Lots 88 and 89;
>
> THENCE 26.55 feet along the arc of a curve to the left, said curve having a radius of 185.00 feet;
>
> THENCE North 63° 21' 15" West 132.22 feet to a point;
>
> THENCE North 48° 09' 34" East 46.62 feet to a point;
>
> THENCE South 55° 07' 53" East 118.24 feet to the Point of Beginning.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.